UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARISMENDI MARTINEZ,<br><br>      Plaintiff,<br><br> -against-<br><br>MORRIS 1 LLC, et al.,<br><br>      Defendants. | 24-CV-9158 (DEH) (RFT)<br><br>**<u>ORDER</u>** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On June 4, 2025, a telephonic conference was scheduled in this action for **Tuesday, June 10, 2025 at 4:00 PM.** (ECF 23, Order.) I directed the parties to prepare to discuss the status report filed on June 2, 2025. (ECF 22.)

The telephonic conference will proceed as scheduled, and the parties shall also prepare to discuss the status report filed on June 4, 2025. (ECF 24.) The parties shall join the conference at the scheduled time by dialing **(646) 453-4442, Access Code: 674 841 115 #.**

DATED:  June 9, 2025
      New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge