UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARISMENDI MARTINEZ,

                Plaintiff,

    -against-

MORRIS 1 LLC, et al.,

                Defendants.

24-CV-9158 (DEH) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On June 10, 2025, I extended the parties' deadline to submit their settlement agreement for *Cheeks* approval to July 10, 2025. (*See* ECF 27, Order.) The parties have not complied.

I am sua sponte extending the deadline for the parties to submit their settlement agreement nunc pro tunc until **July 28, 2025**.

DATED:    July 17, 2025
                New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge